1  DOW W. PATTEN, ESQ., Of Counsel (SBN 135931)
   LAW OFFICES OF SPENCER F. SMITH
2  353 Sacramento Street, Suite 1120
   San Francisco, California 94111
3  Telephone:  (415) 520-6950
   Facsimile:  (415) 520-0104
4
   Attorney for Plaintiff, MICHAEL WEINGAND
5
6  GEORGE STOHNER, State Bar No. 214508
   MORGAN LEWIS & BOCKIUS LLP
7  300 South Grand Avenue, 22nd Floor
   Los Angeles, California 90071
8  Telephone:  213.612.7355
   Facsimile:  213.612.2501
   gstohner@morganlewis.com
9
10 JENNIFER SVANFELDT, State Bar No. 233248
   ABBEY M. GLENN, State Bar No. 267751
11 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
12 San Francisco, California 94105-1126
   Telephone:  415.442.1000
   Facsimile:  415.442.1001
13 jsvanfeldt@morganlewis.com
   aglenn@morganlewis.com
14
   Attorneys for Defendant
15 HARLAND FINANCIAL SOLUTIONS, INC.

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  MICHAEL WEINGAND, an individual, | Case No. 3:11-cv-03109-EMC |
| 20                 Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION** AND RESETTING CMC |
| 21        v. | |
| 22  HARLAND FINANCIAL SOLUTIONS, INC., and DOES 1-10, | [Civil L.R. 6-2] |
| 23                 Defendants. | Crtm.:  5<br>Judge:  Hon. Edward M. Chen |
| 24 | |
| 25 | Complaint Filed: May 24, 2011 |

26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:11-cv-03109-EMC
AMENDED STIPULATION TO EXTEND TIME FOR MEDIATION
DB2/ 22869742.1

1  Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern
2  District of California, Defendant Harland Financial Solutions, Inc. ("Defendant") and Plaintiff
3  Michael Weingand ("Plaintiff") by and through their undersigned counsel, jointly submit this
4  Stipulation To Extend Time To Complete Mediation.

5  WHEREAS, Hon. Judge Edward M. Chen's Order Referring Case to Private Mediation,
6  dated October 12, 2011, referred this matter to private mediation and ordered that mediation be
7  completed by January 13, 2012 (Docket No. 15);

8  WHEREAS, the parties have agreed to mediate before private mediator Vivion B.
9  Williamson;

10  WHEREAS, the first mutually convenient date on which Ms. Williamson is available for
11  mediation is March 7, 2012;

12  WHEREAS, the parties have agreed to mediate on March 7, 2012 or an earlier date should
13  one become available due to a cancellation on Ms. Williamson's calendar;

14  THEREFORE, IT IS HEREBY STIPULATED that the time within which to complete
15  mediation shall be continued from January 13, 2012 to March 9, 2012.

16  IT IS SO STIPULATED.

18  Dated: December 22, 2011                    Dated: December 22, 2011
19  MORGAN LEWIS & BOCKIUS LLP                  LAW OFFICES OF SPENCER F. SMITH

21  By _Jennifer Sanfeldt_                      By _Dow W. Patten_
        Jennifer Svanfeldt                          Dow W. Patten, Esq.

    Attorneys for Defendant                     Attorneys for Plaintiff
23  HARLAND FINANCIAL SOLUTIONS,                MICHAEL WEINGAND
    INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                          1                    Case No. 3:11-cv-03109-EMC
                           STIPULATION TO EXTEND TIME FOR MEDIATION

DB2/22869742.1

**IT IS SO ORDERED.** The Further CMC is reset from 1/20/12 to 3/16/12.

Dated: December 28, 2011

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22869742.1

2

AMENDED STIPULATION TO EXTEND TIME FOR MEDIATION

Case No. 3 :11-cv-03109-EMC