UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEINGAND, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC., and DOES 1-10,<br><br>    Defendants. | Case No. 3:11-cv-03109-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING HARLAND FINANCIAL SOLUTIONS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE<br><br>Date:    March 16, 2012<br>Time:   10:30 a.m.<br>Crtm.:  5<br>Judge:  Hon. Edward M. Chen<br><br>Complaint Filed: May 24, 2011 |

    Defendant, Harland Financial Solutions, Inc. ("Harland") filed a request for its counsel, George A. Stohner, to appear by telephone at the Case Management Conference set for March 16, 2012 at 10:30 a.m. before Judge Edward M. Chen.

    This Court, having reviewed the Request, hereby finds and rules as follows:

    THE COURT FINDS that good cause exists for the request of Harland's counsel, George A. Stohner, to make a telephonic appearance at the Case Management Conference.

    NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant, Harland Financial Solutions, Inc.'s Request for Telephonic Appearance is granted. ~~Mr. Stohner shall call the Court at the following number: _____.~~ The Court will call Mr. Stohner between 10:30 and 12:00 p.m. Mr. Stohner shall contact the court if a different number to be called other than 213-612-2500.

    IT IS SO ORDERED.

Dated: 3/14/12

_____
Edward M. Chen
United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]*