# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL WEINGAND,<br><br>Plaintiff,<br><br>v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:11-cv-03109 EMC (NC)<br><br>**NOTICE OF REFERRAL** |

This matter has been referred to this Court by District Judge Edward M. Chen. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: April 23, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.
ORDER SETTING HEARING