1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10         **NORTHERN DISTRICT OF CALIFORNIA**
11         **SAN FRANCISCO DIVISION**
12  MICHAEL WEINGAND,                    Case No. 11-cv-03109 EMC (NC)
13          Plaintiff,                   **ORDER REQUESTING MATERIALS**
14      v.                               Re: Dkt. No. 34.
15  HARLAND FINANCIAL SOLUTIONS,
    INC.,
16
                Defendant.
17
18
19         The parties filed a joint discovery letter in which Weingand requests an order compelling

20  Harland to produce a forensic report, responses to his first and second sets of requests for

21  production, and responses to his first set of interrogatories.  Dkt. No. 34.

22         By May 2, 2012, Weingand must file in ECF an electronic version of the requests for

23  production and interrogatories at issue, and Harland must file its responses to these requests.

24  After the parties comply with this order, Weingand's request will be under submission.

25         IT IS SO ORDERED.

26         Date: April 25, 2012

27                                       Nathanael M. Cousins
                                         United States Magistrate Judge
28

Case No. 11-cv-03109 EMC (NC)
ORDER REQUESTING
MATERIALS