UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL WEINGAND,<br><br>    Plaintiff,<br><br> v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 11-cv-03109 EMC (NC)<br><br>**ORDER REQUESTING MATERIALS**<br><br>Re: Dkt. No. 34. |

The parties filed a joint discovery letter in which Weingand requests an order compelling Harland to produce a forensic report, responses to his first and second sets of requests for production, and responses to his first set of interrogatories. Dkt. No. 34.

By May 2, 2012, Weingand must file in ECF an electronic version of the requests for production and interrogatories at issue, and Harland must file its responses to these requests. After the parties comply with this order, Weingand's request will be under submission.

IT IS SO ORDERED.

Date: April 25, 2012

                Nathanael M. Cousins
                United States Magistrate Judge