UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WEINGAND,

        Plaintiff,

    v.

HARLAND FINANCIAL SOLUTIONS, INC., et al.,

        Defendants.
_____/

No. C11-3109 EMC

**ORDER RE JUNE 11, 2012 HEARING**

At the upcoming hearing, the parties shall be prepared to discuss *United States v. Nosal*, 676 F.3d 854 (9th Cir. 2012), and its impact (if any) on Defendant's proposed counterclaims.

IT IS SO ORDERED.

Dated: June 7, 2012

_____
EDWARD M. CHEN
United States District Judge