**United States District Court**
For the Northern District of California

1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL WEINGAND,                          No. C11-3109 EMC

9              Plaintiff,

10         v.                                   **ORDER RE JUNE 11, 2012 HEARING**

11   HARLAND FINANCIAL SOLUTIONS,
     INC., et al.,
12
               Defendants.
13   _____/

14

15         At the upcoming hearing, the parties shall be prepared to discuss *United States v. Nosal*, 676

16   F.3d 854 (9th Cir. 2012), and its impact (if any) on Defendant's proposed counterclaims.

17

18         IT IS SO ORDERED.

19

20

21   Dated:  June 7, 2012

22                                              _____
                                                EDWARD M. CHEN
23                                              United States District Judge

24

25

26

27

28