UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEINGAND, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC., and DOES 1-10,<br><br>　　　　Defendants. | Case No. 3:11-cv-03109-EMC<br><br>**[PROPOSED] ORDER GRANTING HARLAND FINANCIAL SOLUTIONS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:　　June 11, 2012<br>Time:　　1:30 p.m.<br>Crtm.:　　5<br>Judge:　　Hon. Edward M. Chen<br><br>Complaint Filed:  May 24, 2011 |

　　Defendant, Harland Financial Solutions, Inc. ("Harland") filed a request for its counsel, George A. Stohner, to appear by telephone at the Hearing set for June 11, 2012, at 1:30 p.m. before Judge Edward M. Chen.

　　This Court, having reviewed the Request, hereby finds and rules as follows:

　　THE COURT FINDS that good cause exists for the request of Harland's counsel, George A. Stohner, to make a telephonic appearance at the hearing on Harland's Motion for Leave to File Amended Answer and Counterclaims.

　　NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant, Harland Financial Solutions, Inc.'s Request for Telephonic Appearance is granted.  The Court will contact Mr. Stohner at (310) 920-1514.

　　IT IS SO ORDERED.

Dated:　__June 7, 2012__　　　　　　　　　_____

*[Stamp: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / IT IS SO ORDERED / [signature] / Judge Edward M. Chen]*