UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEINGAND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC., and DOES 1-10,<br><br>Defendants. | Case No. 3:11-cv-03109-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Pursuant to Fed. R. Civ. P. 41(a)(1)]<br><br>Complaint Filed: May 24, 2011 |

The Court having considered Plaintiff Michael Weingand and Defendant Harland Financial Solutions, Inc.'s Joint Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED that Plaintiff's Third Cause of Action for retaliation in violation of the California Family Rights Act, California Government Code section 12945.2 and Paragraph 35, as set forth in Plaintiff's First Amended Complaint (Dkt. #57) in the above-captioned action, are hereby dismissed with prejudice.

Dated: July 6, 2012 _____

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

DB2/ 23316451.2

Case No. 3:11-cv-03109-EMC
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE