1 | SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
2 | DOW W. PATTEN, ESQ., (SBN:135931)
353 Sacramento St., Suite 1120
3 | San Francisco, California 94111
Telephone (415) 402-0084
4 | Facsimile (415) 520-0104

5 | Attorneys for Plaintiff
MICHAEL WEINGAND

6

7 | GEORGE STOHNER, State Bar No. 214508
MORGAN LEWIS & BOCKIUS LLP
8 | 300 South Grand Avenue, 22nd Floor
Los Angeles, California 90071
9 | Telephone: 213.612.7355
Facsimile: 213.612.2501

10

11 | KRISSY A. KATZENSTEIN, Bar # 1002429
MORGAN LEWIS & BOCKIUS LLP
12 | 111 Pennsylvania Ave, NW
Washington, DC 20004
13 | Telephone: (202) 739-5651
*Admitted Pro Hac Vice*

14

15 | Attorneys for Defendant
HARLAND FINANCIAL SOLUTIONS, INC.

16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEINGAND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC., and DOES 1-10,<br><br>Defendants. | Case No.: 3:11-cv-03109-EMC<br><br>**JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER THEREON** ; ORDER |

1

JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION

1     The parties jointly, through their respective counsel of record, hereby request that the
2 Court DISMISS WITH PREJUDICE all claims and all counterclaims in this matter, with parties
3 to each bear their own costs and fees.
4 SO STIPULATED,

6 Dated: December 3, 2012                         SMITH PATTEN

                                                            DOW W. PATTEN
                                                             Attorneys for Plaintiff
                                                             Michael Weingand

Dated: December 10, 2012                        MORGAN LEWIS & BOCKIUS LLP

                                                           GEORGE STOHNER
                                                           *Attorneys for Defendant*
                                                            HARLAND FINANCIAL SOLUTIONS, INC.

Based upon the Stipulation of the parties, IT IS SO ORDERED. All deadlines have been vacated.

Date: 12/12/12

                                                            Hon. Edward M. Chen
                                                           Judge, United States District

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*