1  SMITH PATTEN
   SPENCER F. SMITH, ESQ. (SBN: 236587)
2  DOW W. PATTEN, ESQ., (SBN:135931)
   353 Sacramento St., Suite 1120
3  San Francisco, California 94111
   Telephone (415) 402-0084
4  Facsimile (415) 520-0104

5  Attorneys for Plaintiff
   MICHAEL WEINGAND

6

7  GEORGE STOHNER, State Bar No. 214508
   MORGAN LEWIS & BOCKIUS LLP
8  *300 South Grand Avenue, 22nd Floor*
   Los Angeles, California 90071
   Telephone: 213.612.7355
9  Facsimile: 213.612.2501

10

11 KRISSY A. KATZENSTEIN, Bar # 1002429
   MORGAN LEWIS & BOCKIUS LLP
12 111 Pennsylvania Ave, NW
   Washington, DC 20004
13 Telephone: (202) 739-5651
   *Admitted Pro Hac Vice*

14

15 Attorneys for Defendant
   HARLAND FINANCIAL SOLUTIONS, INC.

16

17                    IN THE UNITED STATES DISTRICT COURT

18                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 MICHAEL WEINGAND, an individual,        )  Case No.: 3:11-cv-03109-EMC
                                           )
21                Plaintiff,               )  **JOINT REQUEST FOR DISMISSAL OF**
                                           )  **ENTIRE ACTION AND ORDER**
22        v.                               )  **THEREON**   ; ORDER
                                           )
23                                         )
   HARLAND FINANCIAL SOLUTIONS,            )
24 INC., and DOES 1-10,                    )
                                           )
25                                         )
                                           )
26                Defendants.              )
                                           )
27 _____)

28

                                        1
   JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION

1  The parties jointly, through their respective counsel of record, hereby request that the
2  Court DISMISS WITH PREJUDICE all claims and all counterclaims in this matter, with parties
3  to each bear their own costs and fees.
4  SO STIPULATED,

6  Dated: December 3, 2012                SMITH PATTEN

                                          _____
                                          DOW W. PATTEN
                                          Attorneys for Plaintiff
                                          Michael Weingand

12  Dated: December 10, 2012              MORGAN LEWIS & BOCKIUS LLP

                                          _____
                                          GEORGE STOHNER
                                          *Attorneys for Defendant*
                                          HARLAND FINANCIAL SOLUTIONS,
                                          INC.

18  Based upon the Stipulation of the parties, IT IS SO ORDERED. All deadlines have been vacated.

20  Date: _____12/12/12_____              _____
                                          Hon. Edward M. Chen
                                          Judge, United States District Court

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*